UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30867 |
|---|---|
|   MARK ROBERT POWELL | (Chapter 13) |
|   JAYNA RACHEL POWELL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4029271**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | MARK ROBERT POWELL & JAYNA RACHEL POWELL<br>667 SOUTH SULFUR SPRINGS ROAD<br>NEW LEBANON, OH  45345 | 60.30 |

/s/ Jeffrey M. Kellner
_____

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/10/2010

Certificate of Service                        07-30867

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| MARK ROBERT POWELL | RICHARD E WEST | (11.1n) |
| JAYNA RACHEL POWELL | 195 E CENTRAL AVE | CAPITAL ONE AUTO FINANCE |
| 667 SOUTH SULFUR SPRINGS ROAD | BOX 938 | % ASCENSION CAPITAL GROUP |
| NEW LEBANON, OH  45345 | SPRINGBORO, OH  45066 | BOX 201347 |
| | | ARLINGTON, TX  76006 |

(13.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv